905 A.2d 875

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
STEVEN MCGOWAN, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

905 A.2d 875

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. KENOL MOREAU, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

905 A.2d 875

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ALBERT ROBERTS DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).